# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MEAGHAN ELLIS, INDIVIDUALLY
AND AS OWNER OF DAGNEY
MEMORIALS, LLC

NO.  2025 CW 0802

VERSUS

B.J. GINN FUNERAL &
CREMATION SERVICES, LLC,
BOBBY JOE GINN, AND WARREN
BANKS

**AUGUST 20, 2025**

---

In Re:     Meaghan Ellis, individually and as Owner of Dagney
           Memorials, LLC, applying for supervisory writs, 21st
           Judicial District Court, Parish of Livingston, No.
           188916.

---

**BEFORE:    THERIOT, PENZATO, AND BALFOUR, JJ.**

    **STAY DENIED; WRIT NOT CONSIDERED.**  The writ application did
not include a copy of the signed judgment(s), order(s) or ruling(s)
complained of in violation of Rule 4-5(C)(6) of the Uniform Rules
of Louisiana Courts of Appeal.

    Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein, and must comply with Uniform Rules
of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application
must be filed on or before September 9, 2025, and must contain a
copy of this ruling.

               **MRT**
               **AHP**
               **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT